# H&M

H&M Fashion USA Inc
300 Lighting Way
Secaucus, NJ 07094
908-340-8256

**Pay Statement**

| | |
|---|---|
| Period Start Date | 08/17/2025 |
| Period End Date | 08/30/2025 |
| Pay Date | 09/05/2025 |
| Document | 206106385 |
| Net Pay | $1,663.84 |

## Pay Details

**MICHELLE GLOVER**
2158 N NEWKIRK ST
PHILA, PA 19121
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | [redacted] | | Pay Group | East Sales Area |
| SSN | XXX-XX-XXXX | | Location | HM Willow Grove Park PA |
| Job | DEPARTMENT MGR | | | . |
| Pay Rate | $28.2300 | | | . |
| Pay Frequency | Biweekly | | | . |
| | | | Cost Center | S01241 - 1US01241-124 HMWlGrvPrkPA |

## Earnings

| Pay Type | Week | Job | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| Birthday | | | 0.000000 | $0.0000 | $0.00 | $225.84 |
| Coefficient OT | 2 | DEPARTMENT MGR | 0.430000 | $14.1150 | $6.07 | $109.21 |
| GTL Imputed | 2 | DEPARTMENT MGR | | | $0.37 | $6.38 |
| Holiday | | | 0.000000 | $0.0000 | $0.00 | $672.00 |
| Overtime | 2 | DEPARTMENT MGR | 0.430000 | $28.2300 | $12.14 | $328.78 |
| Regular Pay H | 1 | DEPARTMENT MGR | 8.220000 | $28.2300 | $232.05 | |
| Regular Pay H | 1 | DEPARTMENT MGR | 8.500000 | $28.2300 | $239.96 | |
| Regular Pay H | 1 | DEPARTMENT MGR | 8.180000 | $28.2300 | $230.92 | |
| Regular Pay H | 1 | DEPARTMENT MGR | 7.570000 | $28.2300 | $213.70 | |
| Regular Pay H | 1 | DEPARTMENT MGR | 7.470000 | $28.2300 | $210.88 | |
| Regular Pay H | 2 | DEPARTMENT MGR | 8.130000 | $28.2300 | $229.51 | |
| Regular Pay H | 2 | DEPARTMENT MGR | 7.770000 | $28.2300 | $219.35 | |
| Regular Pay H | 2 | DEPARTMENT MGR | 8.220000 | $28.2300 | $232.05 | |
| Regular Pay H | 2 | DEPARTMENT MGR | 8.330000 | $28.2300 | $235.16 | |
| Regular Pay H | 2 | DEPARTMENT MGR | 7.550000 | $28.2300 | $213.14 | $32,465.54 |
| Retro Coeff OT | | | 0.000000 | $0.0000 | $0.00 | $55.19 |
| Vac Carry Over | | | 0.000000 | $0.0000 | $0.00 | $1,101.60 |
| Vacation | | | 0.000000 | $0.0000 | $0.00 | $5,596.32 |
| Wellness | | | 0.000000 | $0.0000 | $0.00 | $579.72 |

Total Hours Worked  80.370000    Total Hours  80.370000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K Loan | No | $65.90 | $1,186.20 | $0.00 | $0.00 |
| 401K Savings | Yes | $0.00 | $1,083.36 | $0.00 | $0.00 |
| FSA Medical | Yes | $23.08 | $415.44 | $0.00 | $0.00 |
| GTL Imputed | No | $0.37 | $6.38 | $0.00 | $0.00 |
| Medical | Yes | $67.00 | $1,206.00 | $280.83 | $5,054.94 |
| Vision | Yes | $0.36 | $6.48 | $1.54 | $27.72 |
| Vol EE Life | No | $5.83 | $104.94 | $0.00 | $0.00 |
| 401K Match | Yes | $0.00 | $0.00 | $0.00 | $947.94 |
| Basic AD&D | No | $0.00 | $0.00 | $0.38 | $6.77 |
| Basic EE Life | No | $0.00 | $0.00 | $1.36 | $24.34 |
| Dental | Yes | $0.00 | $0.00 | $15.73 | $283.14 |
| EAP | No | $0.00 | $0.00 | $0.71 | $12.78 |
| LTD ER | Yes | $0.00 | $0.00 | $3.84 | $68.49 |
| STD | No | $0.00 | $0.00 | $0.78 | $14.04 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $126.03 | $2,334.01 |
| Employee Medicare | $31.68 | $572.93 |
| Social Security Employee Tax | $135.46 | $2,449.78 |
| PA State Income Tax | $67.06 | $1,212.81 |
| PHILA R | $85.10 | $1,541.59 |
| ABINGTON TWP | $2.00 | $36.00 |
| PA Unemployment Employee | $1.59 | $28.78 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| Sick pay | 16.0000 | 0.0000 | 40.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx1654 | Checking | $1,663.84 |
| Total | | $1,663.84 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,275.30 | $2,184.86 | $448.92 | $162.54 | $1,663.84 |
| YTD | $41,140.58 | $38,429.30 | $8,175.90 | $4,008.80 | $28,955.88 |

# H&M

H&M Fashion USA Inc
300 Lighting Way
Secaucus, NJ 07094
908-340-8256

**Pay Statement**

| | |
|---|---|
| Period Start Date | 08/31/2025 |
| Period End Date | 09/13/2025 |
| Pay Date | 09/19/2025 |
| Document | 208535443 |
| **Net Pay** | **$1,820.72** |

## Pay Details

MICHELLE GLOVER
2158 N NEWKIRK ST
PHILA, PA 19121
USA

| | | | | | |
|---|---|---|---|---|---|
| Employee Number | | | Pay Group | East Sales Area | |
| SSN | XXX-XX-XXXX | | Location | HM Willow Grove Park PA | |
| Job | DEPARTMENT MGR | | | - | |
| Pay Rate | $28.2300 | | | - | |
| Pay Frequency | Biweekly | | | - | |
| | | | Cost Center | S01241 - 1US01241-124 HMWlGrvPrkPA | |

## Earnings

| Pay Type | Week | Job | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| Birthday | | | 0.000000 | $0.0000 | $0.00 | $225.84 |
| Coefficient OT | 1 | DEPARTMENT MGR | 0.100000 | $14.1150 | $1.41 | $110.62 |
| GTL Imputed | 2 | DEPARTMENT MGR | | | $0.37 | $6.75 |
| Holiday | 2 | DEPARTMENT MGR | 8.000000 | $28.2300 | $225.84 | $897.84 |
| Overtime | 1 | DEPARTMENT MGR | 0.100000 | $28.2300 | $2.82 | $331.60 |
| Regular Pay H | 1 | DEPARTMENT MGR | 7.950000 | $28.2300 | $224.43 | |
| Regular Pay H | 1 | DEPARTMENT MGR | 8.370000 | $28.2300 | $236.29 | |
| Regular Pay H | 1 | DEPARTMENT MGR | 8.450000 | $28.2300 | $238.54 | |
| Regular Pay H | 1 | DEPARTMENT MGR | 7.370000 | $28.2300 | $208.06 | |
| Regular Pay H | 1 | DEPARTMENT MGR | 2.900000 | $28.2300 | $81.87 | |
| Regular Pay H | 2 | DEPARTMENT MGR | 6.880000 | $28.2300 | $194.22 | |
| Regular Pay H | 2 | DEPARTMENT MGR | 6.800000 | $28.2300 | $191.96 | |
| Regular Pay H | 2 | DEPARTMENT MGR | 6.580000 | $28.2300 | $185.75 | |
| Regular Pay H | 2 | DEPARTMENT MGR | 6.750000 | $28.2300 | $190.55 | |
| Regular Pay H | 2 | DEPARTMENT MGR | 6.770000 | $28.2300 | $191.12 | $34,406.33 |
| Retro Coeff OT | | | 0.000000 | $0.0000 | $0.00 | $55.19 |
| Travel Pay | 1 | DEPARTMENT MGR | 1.250000 | $28.2300 | $35.29 | |
| Travel Pay | 1 | DEPARTMENT MGR | 1.250000 | $28.2300 | $35.29 | |
| Travel Pay | 1 | DEPARTMENT MGR | 1.250000 | $28.2300 | $35.29 | |
| Travel Pay | 1 | DEPARTMENT MGR | 1.220000 | $28.2300 | $34.44 | |
| Travel Pay | 2 | DEPARTMENT MGR | 1.250000 | $28.2300 | $35.29 | |
| Travel Pay | 2 | DEPARTMENT MGR | 1.230000 | $28.2300 | $34.72 | |
| Travel Pay | 2 | DEPARTMENT MGR | 1.480000 | $28.2300 | $41.78 | |
| Travel Pay | 2 | DEPARTMENT MGR | 1.250000 | $28.2300 | $35.29 | |
| Travel Pay | 2 | DEPARTMENT MGR | 1.000000 | $28.2300 | $28.23 | $315.62 |
| Vac Carry Over | | | 0.000000 | $0.0000 | $0.00 | $1,101.60 |
| Vacation | | | 0.000000 | $0.0000 | $0.00 | $5,596.32 |
| Wellness | | | 0.000000 | $0.0000 | $0.00 | $579.72 |

Total Hours Worked  80.100000    Total Hours  88.100000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K Loan | No | $65.90 | $1,252.10 | $0.00 | $0.00 |
| 401K Savings | Yes | $0.00 | $1,083.36 | $0.00 | $0.00 |
| FSA Medical | Yes | $23.08 | $438.52 | $0.00 | $0.00 |
| GTL Imputed | No | $0.37 | $6.75 | $0.00 | $0.00 |
| Medical | Yes | $67.00 | $1,273.00 | $280.83 | $5,335.77 |
| Vision | Yes | $0.36 | $6.84 | $1.54 | $29.26 |
| Vol EE Life | No | $5.83 | $110.77 | $0.00 | $0.00 |
| 401K Match | Yes | $0.00 | $0.00 | $0.00 | $947.94 |
| Basic AD&D | No | $0.00 | $0.00 | $0.38 | $7.15 |
| Basic EE Life | No | $0.00 | $0.00 | $1.36 | $25.70 |
| Dental | Yes | $0.00 | $0.00 | $15.73 | $298.87 |
| EAP | No | $0.00 | $0.00 | $0.71 | $13.49 |
| LTD ER | Yes | $0.00 | $0.00 | $3.84 | $72.33 |
| STD | No | $0.00 | $0.00 | $0.78 | $14.82 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $151.66 | $2,485.67 |
| Employee Medicare | $34.78 | $607.71 |
| Social Security Employee Tax | $148.71 | $2,598.49 |
| PA State Income Tax | $73.62 | $1,286.43 |
| PHILA R | $93.08 | $1,634.67 |
| ABINGTON TWP | $2.00 | $38.00 |
| PA Unemployment Employee | $1.74 | $30.52 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| Sick pay | 16.0000 | 0.0000 | 40.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx1664 | Checking | $1,820.72 |
| Total | | $1,820.72 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,488.85 | $2,398.41 | $505.59 | $162.54 | $1,820.72 |
| YTD | $43,629.43 | $40,827.71 | $8,681.49 | $4,171.34 | $30,776.60 |

**H&M**
H&M Fashion USA Inc
300 Lighting Way
Secaucus, NJ 07094
908-340-8256

**Pay Statement**
| | |
|---|---|
| Period Start Date | 08/03/2025 |
| Period End Date | 08/16/2025 |
| Pay Date | 08/22/2025 |
| Document | 202557442 |
| Net Pay | $1,649.00 |

## Pay Details

**MICHELLE GLOVER**
2158 N NEWKIRK ST
PHILA, PA 19121
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | ▓▓▓▓ | | Pay Group | East Sales Area |
| SSN | XXX-XX-XXXX | | Location | HM Willow Grove Park PA |
| Job | DEPARTMENT MGR | | | - |
| Pay Rate | $28.2300 | | | - |
| Pay Frequency | Biweekly | | | - |
| | | | Cost Center | S01241 - 1US01241-124 HMWlGrvPrkPA |

## Earnings

| Pay Type | Week | Job | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| Birthday | | | 0.000000 | $0.0000 | $0.00 | $225.84 |
| Coefficient OT | | | 0.000000 | $0.0000 | $0.00 | $103.14 |
| GTL Imputed | 2 | DEPARTMENT MGR | | | $0.37 | $6.01 |
| Holiday | | | 0.000000 | $0.0000 | $0.00 | $672.00 |
| Overtime | | | 0.000000 | $0.0000 | $0.00 | $316.64 |
| Regular Pay H | 2 | DEPARTMENT MGR | 7.870000 | $28.2300 | $222.17 | $30,208.82 |
| Retro Coeff OT | | | 0.000000 | $0.0000 | $0.00 | $55.19 |
| Vac Carry Over | | | 0.000000 | $0.0000 | $0.00 | $1,101.60 |
| Vacation | 1 | DEPARTMENT MGR | 8.000000 | $28.2300 | $225.84 | |
| Vacation | 1 | DEPARTMENT MGR | 8.000000 | $28.2300 | $225.84 | |
| Vacation | 1 | DEPARTMENT MGR | 8.000000 | $28.2300 | $225.84 | |
| Vacation | 1 | DEPARTMENT MGR | 8.000000 | $28.2300 | $225.84 | |
| Vacation | 1 | DEPARTMENT MGR | 8.000000 | $28.2300 | $225.84 | |
| Vacation | 2 | DEPARTMENT MGR | 8.000000 | $28.2300 | $225.84 | |
| Vacation | 2 | DEPARTMENT MGR | 8.000000 | $28.2300 | $225.84 | |
| Vacation | 2 | DEPARTMENT MGR | 8.000000 | $28.2300 | $225.84 | |
| Vacation | 2 | DEPARTMENT MGR | 8.000000 | $28.2300 | $225.84 | $5,596.32 |
| Wellness | | | 0.000000 | $0.0000 | $0.00 | $579.72 |

Total Hours Worked  7.870000     Total Hours  79.870000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K Loan | No | $65.90 | $1,120.30 | $0.00 | $0.00 |
| 401K Savings | Yes | $0.00 | $1,083.36 | $0.00 | $0.00 |
| FSA Medical | Yes | $23.08 | $392.36 | $0.00 | $0.00 |
| GTL Imputed | No | $0.37 | $6.01 | $0.00 | $0.00 |
| Medical | Yes | $67.00 | $1,139.00 | $280.83 | $4,774.11 |
| Vision | Yes | $0.36 | $6.12 | $1.54 | $26.18 |
| Vol EE Life | No | $5.83 | $99.11 | $0.00 | $0.00 |
| 401K Match | Yes | $0.00 | $0.00 | $0.00 | $947.94 |
| Basic AD&D | No | $0.00 | $0.00 | $0.38 | $6.39 |
| Basic EE Life | No | $0.00 | $0.00 | $1.36 | $22.98 |
| Dental | Yes | $0.00 | $0.00 | $15.73 | $267.41 |
| EAP | No | $0.00 | $0.00 | $0.71 | $12.07 |
| LTD ER | Yes | $0.00 | $0.00 | $3.84 | $64.65 |
| STD | No | $0.00 | $0.00 | $0.78 | $13.26 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $123.61 | $2,207.98 |
| Employee Medicare | $31.38 | $541.25 |
| Social Security Employee Tax | $134.21 | $2,314.32 |
| PA State Income Tax | $66.44 | $1,145.75 |
| PHILA R | $84.34 | $1,456.49 |
| ABINGTON TWP | $2.00 | $34.00 |
| PA Unemployment Employee | $1.58 | $27.19 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| Sick pay | 16.0000 | 0.0000 | 40.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx1664 | Checking | $1,649.00 |
| Total | | $1,649.00 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,255.10 | $2,164.66 | $443.56 | $162.54 | $1,649.00 |
| YTD | $38,865.28 | $36,244.44 | $7,726.98 | $3,846.26 | $27,292.04 |

**H&M Fashion USA Inc**
300 Lighting Way
Secaucus, NJ 07094
908-340-8256

| Pay Statement | |
|---|---|
| Period Start Date | 07/20/2025 |
| Period End Date | 08/02/2025 |
| Pay Date | 08/08/2025 |
| Document | 201735427 |
| **Net Pay** | **$1,928.07** |

## Pay Details

**MICHELLE GLOVER**
2158 N NEWKIRK ST
PHILA, PA 19121
USA

| | |
|---|---|
| Employee Number | |
| SSN | XXX-XX-XXXX |
| Job | DEPARTMENT MGR |
| Pay Rate | $28.2300 |
| Pay Frequency | Biweekly |

| | |
|---|---|
| Pay Group | East Sales Area |
| Location | HM Willow Grove Park PA |
| Cost Center | S01241 - 1US01241-124 HMWlGrvPrkPA |

## Earnings

| Pay Type | Week | Job | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Birthday | | | | | 0.000000 | $0.0000 | $0.00 | $225.84 |
| Coefficient OT | 1 | DEPARTMENT MGR | | | 2.000000 | $14.1150 | $28.23 | $103.14 |
| GTL Imputed | 2 | DEPARTMENT MGR | | | | | $0.37 | $5.64 |
| Holiday | | | | | 0.000000 | $0.0000 | $0.00 | $672.00 |
| Overtime | 1 | DEPARTMENT MGR | | | 2.000000 | $28.2300 | $56.46 | |
| Overtime | 2 | DEPARTMENT MGR | 07/19/2025 | 07/19/2025 | 1.430000 | $28.2300 | $40.37 | $316.64 |
| Regular Pay H | 1 | DEPARTMENT MGR | | | 8.970000 | $28.2300 | $253.22 | |
| Regular Pay H | 1 | DEPARTMENT MGR | | | 7.970000 | $28.2300 | $224.99 | |
| Regular Pay H | 1 | DEPARTMENT MGR | | | 8.070000 | $28.2300 | $227.82 | |
| Regular Pay H | 1 | DEPARTMENT MGR | | | 8.550000 | $28.2300 | $241.37 | |
| Regular Pay H | 1 | DEPARTMENT MGR | | | 6.450000 | $28.2300 | $182.08 | |
| Regular Pay H | 2 | DEPARTMENT MGR | | | 6.500000 | $28.2300 | $183.50 | |
| Regular Pay H | 2 | DEPARTMENT MGR | | | 8.000000 | $28.2300 | $225.84 | |
| Regular Pay H | 2 | DEPARTMENT MGR | | | 8.220000 | $28.2300 | $232.05 | |
| Regular Pay H | 2 | DEPARTMENT MGR | 07/13/2025 | 07/13/2025 | 8.880000 | $28.2300 | $250.68 | |
| Regular Pay H | 2 | DEPARTMENT MGR | 07/19/2025 | 07/19/2025 | -1.430000 | $28.2300 | ($40.37) | $29,986.65 |
| Retro Coeff OT | 2 | DEPARTMENT MGR | 07/19/2025 | 07/19/2025 | 1.430000 | $14.1150 | $20.18 | $55.19 |
| Vac Carry Over | | | | | 0.000000 | $0.0000 | $0.00 | $1,101.60 |
| Vacation | 2 | DEPARTMENT MGR | | | 8.000000 | $28.2300 | $225.84 | |
| Vacation | 2 | DEPARTMENT MGR | | | 8.000000 | $28.2300 | $225.84 | $3,563.76 |
| Wellness | 2 | DEPARTMENT MGR | | | 2.000000 | $28.2300 | $56.46 | $579.72 |

Total Hours Worked  73.610000    Total Hours  91.610000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K Loan | No | $65.90 | $1,054.40 | $0.00 | $0.00 |
| 401K Savings | Yes | $0.00 | $1,083.36 | $0.00 | $0.00 |
| FSA Medical | Yes | $23.08 | $369.28 | $0.00 | $0.00 |
| GTL Imputed | No | $0.37 | $5.64 | $0.00 | $0.00 |
| Medical | Yes | $67.00 | $1,072.00 | $280.83 | $4,493.28 |
| Vision | Yes | $0.36 | $5.76 | $1.54 | $24.64 |
| Vol EE Life | No | $5.83 | $93.28 | $0.00 | $0.00 |
| 401K Match | Yes | $0.00 | $0.00 | $0.00 | $947.94 |
| Basic AD&D | No | $0.00 | $0.00 | $0.38 | $6.01 |
| Basic EE Life | No | $0.00 | $0.00 | $1.36 | $21.62 |
| Dental | Yes | $0.00 | $0.00 | $15.73 | $251.68 |
| EAP | No | $0.00 | $0.00 | $0.71 | $11.36 |
| LTD ER | Yes | $0.00 | $0.00 | $3.84 | $60.81 |
| STD | No | $0.00 | $0.00 | $0.78 | $12.48 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $169.18 | $2,084.37 |
| Employee Medicare | $36.90 | $509.87 |
| Social Security Employee Tax | $157.75 | $2,180.11 |
| PA State Income Tax | $78.10 | $1,079.31 |
| PHILA R | $98.55 | $1,372.15 |
| ABINGTON TWP | $2.00 | $32.00 |
| PA Unemployment Employee | $1.84 | $25.61 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| Sick pay | 16.0000 | 0.0000 | 40.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx1664 | Checking | $1,928.07 |
| Total | | $1,928.07 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,634.93 | $2,544.49 | $544.32 | $162.54 | **$1,928.07** |
| YTD | $36,610.18 | $34,079.78 | $7,283.42 | $3,683.72 | $25,643.04 |