Certificate Number: 16339-PAE-DE-040376649

Bankruptcy Case Number: 25-14255



16339-PAE-DE-040376649

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on <u>December 3, 2025</u>, at <u>9:07</u> o'clock <u>PM EST</u>, <u>Michelle Glover</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>December 3, 2025</u>          By:    <u>/s/Kris Krumal</u>

Name:  <u>Kris Krumal</u>

Title:  <u>Certified Financial Counselor</u>